UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

HOK CHAU TUNG,

                       Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFICER WILFREDO
RIVERA (SHIELD NUMBER 08719), POLICE OFFICER
LAWRENCE COGNATO (SHIELD NUMBER 04973),
LIEUTENANT LOUIS TURCO,

                       Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 0181 (RJH)

      **PLEASE TAKE NOTICE** that **SUMIT SUD**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Hillary Frommer, effective July 30, 2008.

Dated: New York, New York
       July 29, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel
                                           of the City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 3-221
                                      New York, New York 10007
                                      (212) 788-1096

                                 By:        /s
                                      SUMIT SUD (SS 2781)
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

To:    Daniel F. Lynch, Esq. (By ECF)

         John Son Yong, Esq. (By ECF)