UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HOK CHAU TUNG, et al,  :  08 Civ. 00181 (RJH)

               Plaintiff,  :

   -against-  :  **ORDER**

CITY of NEW YORK, et al,  :

               Defendant.  :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

      The pretrial conference presently scheduled for October 03, 2008 is adjourned to October 10, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 20, 2008
SO ORDERED:

                                           _____
                                           Richard J. Holwell
                                           United States District Judge